**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DADRIAN L. BROWN,**

    **Petitioner,**

**vs.**                                        **CASE NO. 4:11cv62-SPM/WCS**

**STATE OF FLORIDA,**

    **Respondent.**

_____/

**REPORT AND RECOMMENDATION**

      This cause is before the court upon referral from the Clerk. Pending is Petitioner's petition for writ of habeas corpus which was filed on February 16, 2011. Doc. 1. This court's order entered March 25, 2011, granted leave to proceed *in forma pauperis* and directed the Petitioner to file an amended petition by April 27, 2011. Doc. 5. Petitioner's copy of that order has been returned to the Clerk undelivered. A check with both the Gadsden County Jail and the Leon County Jail reveals that Petitioner is not housed at either facility and Petitioner has not notified the court of a new address. It is Petitioner's responsibility to prosecute his own lawsuit and to keep this court apprised of his current address.

Since Petitioner has not furnished the court with a new address, it is doubtful that he will receive a copy of this report and recommendation, nonetheless, **the clerk shall forward a copy of this Report and Recommendation to Petitioner at both the Gadsden County Jail and the Leon County Jail**. In the event the Petitioner does receive a copy of this report and recommendation, the court will allow him an opportunity to show cause why this report and recommendation should be vacated, failing which, the Clerk shall be directed to forward the report and recommendation to the assigned district judge.

Accordingly, it is **RECOMMENDED** that this case be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on April 18, 2011.

                                       s/ William C. Sherrill, Jr.
                                       **WILLIAM C. SHERRILL, JR.**
                                       **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**