IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DADRIAN L. BROWN,

    Petitioner,

v.                                     CASE NO. 4:11cv62-SPM/WCS

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated April 18, 2011 (doc. 9). Copies have been sent to Petitioner at the Leon County jail and the Gadsden County jail, which are the last addresses of record provided by Petitioner.

No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.     The magistrate judge's report and recommendation (doc. 9) is ADOPTED and incorporated by reference in this order.

    2.     This case is dismissed without prejudice for Petitioner's failure to

prosecute.

DONE AND ORDERED this 18th day of May, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge